EXHIBIT 2

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| THE STATE OF OREGON, ex rel. DAN RAYFIELD, Attorney General for the STATE OF OREGON,<br><br>      Plaintiff,<br><br> vs.<br><br>COINBASE, INC. and COINBASE GLOBAL, INC.,<br><br>      Defendants. | Case No. 25CV24235<br><br>**ACCEPTANCE OF SERVICE** |

  I, Timothy W. Snider, hereby accept service and acknowledge receipt of a copy of the Complaint on behalf of Defendants Coinbase, Inc. and Coinbase Global, Inc.

  Except for the defenses of insufficiency of summons or process and insufficiency of service of summons or process, this Acceptance of Service does not waive any other defenses available to Defendants Coinbase, Inc. and Coinbase Global, Inc.

DATED: May 1, 2025

STOEL RIVES LLP

By: *s/Timothy W. Snider*
  Timothy W. Snider, OSB No. 034577
  760 SW Ninth Avenue, Suite 3000
  Portland, OR 97205
  Tel: (503) 224-3380
  Email: timothy.snider@stoel.com

*Counsel for Defendants Coinbase, Inc. and Coinbase Global, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5th, 2025, I have made service of the foregoing **ACCEPTANCE OF SERVICE** on the parties listed below in the manner indicated.

| | |
|---|---|
| Timothy W. Snider, OSB No. 034577<br>James A. Kilcup, OSB No. 173891<br>STOEL RIVES LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Tel: (503) 224-3380<br>Email:  timothy.snider@stoel.com<br>            james.kilcup@stoel.com | [  ]   By Hand Delivery<br>[  ]   By Overnight Delivery<br>[  ]   By Facsimile Pursuant to ORCP 9 F<br>[  ]   By U.S. Mail with postage prepaid<br>[X]   By E-Mail Pursuant to ORCP 9 G<br>[X]   If registered, electronically by OJD E-File & Serve at the party's email address as recorded on the date of service in the eFiling system |

DATED this 5th day of May, 2025.

KELLER ROHRBACK LLP

By:  _/s/ Keil M. Mueller_
       Keil M. Mueller, OSB No. 085535

1 – CERTIFICATE OF SERVICE