# EXHIBIT 1

**Snider, Timothy**

| | |
|---|---|
| **From:** | Keil M. Mueller <kmueller@kellerrohrback.com> |
| **Sent:** | Wednesday, June 4, 2025 11:39 AM |
| **To:** | Snider, Timothy |
| **Cc:** | DeHaan Brian; Julie Goldsmith Reiser; Christopher Bateman; Jen Wagner; Yoona Park; Kilcup, James A.; Shepherd, Kate S.; Schwartz, Kevin S.; Yavitz, Noah B.; Gogolak, Adam M.; Choi, Sijin; Bruce, Julia M. |
| **Subject:** | RE: State of Oregon v. Coinbase - Acceptance of Service |

Tim:

Following up on our conversation this morning, I can confirm that the State will not oppose defendants' request for expediated consideration of their motion to extend time to respond to the complaint.

Best regards.

Keil

------
Keil Mueller
Keller Rohrback L.L.P.
(971) 253-4604 (direct)
kmueller@kellerrohrback.com
krcomplexlit.com

CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

**From:** Keil M. Mueller
**Sent:** Tuesday, June 3, 2025 4:59 PM
**To:** Snider, Timothy <timothy.snider@stoel.com>
**Cc:** DeHaan Brian <Brian.A.Dehaan@doj.oregon.gov>; Julie Goldsmith Reiser <jreiser@cohenmilstein.com>; Christopher Bateman <CBateman@cohenmilstein.com>; Jen Wagner <jwagner@kellerrohrback.com>; Yoona Park <YPark@KellerRohrback.com>; Kilcup, James A. <james.kilcup@stoel.com>; Shepherd, Kate S. <kate.shepherd@stoel.com>; Schwartz, Kevin S. <kschwartz@wlrk.com>; Yavitz, Noah B. <nbyavitz@wlrk.com>; Gogolak, Adam M. <amgogolak@wlrk.com>; Choi, Sijin <schoi@wlrk.com>; Bruce, Julia M. <jmbruce@wlrk.com>
**Subject:** RE: State of Oregon v. Coinbase - Acceptance of Service

Tim:

The State did not and does not consent to the extension of any deadlines in federal court. The State believes that defendants improperly removed this action and will be moving to remand the action to Multnomah County Circuit Court.

Best regards.

Keil

------
Keil Mueller
Keller Rohrback L.L.P.
(971) 253-4604 (direct)
kmueller@kellerrohrback.com
krcomplexlit.com

CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

---

**From:** Snider, Timothy <timothy.snider@stoel.com>
**Sent:** Tuesday, June 3, 2025 12:00 PM
**To:** Keil M. Mueller <kmueller@kellerrohrback.com>
**Cc:** DeHaan Brian <Brian.A.Dehaan@doj.oregon.gov>; Julie Goldsmith Reiser <jreiser@cohenmilstein.com>; Christopher Bateman <CBateman@cohenmilstein.com>; Jen Wagner <jwagner@kellerrohrback.com>; Yoona Park <YPark@KellerRohrback.com>; Kilcup, James A. <james.kilcup@stoel.com>; Shepherd, Kate S. <kate.shepherd@stoel.com>; Schwartz, Kevin S. <kschwartz@wlrk.com>; Yavitz, Noah B. <nbyavitz@wlrk.com>; Gogolak, Adam M. <amgogolak@wlrk.com>; Choi, Sijin <schoi@wlrk.com>; Bruce, Julia M. <jmbruce@wlrk.com>
**Subject:** RE: State of Oregon v. Coinbase - Acceptance of Service

Hi Keil-

Now that we have removed the case to federal court, we plan to file the attached motion to extend time to respond to the complaint. Please review and let us know if we can represent it is unopposed per our email agreement below.

Thanks.

Tim

**Timothy Snider** | Partner
**STOEL RIVES LLP** | 760 SW Ninth Ave, Suite 3000 | Portland, OR 97205
Direct: (503) 294-9557 | Mobile: (503) 502-0578
timothy.snider@stoel.com | Bio | vCard | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

---

**From:** Keil M. Mueller <kmueller@kellerrohrback.com>
**Sent:** Thursday, May 1, 2025 10:04 AM
**To:** Snider, Timothy <timothy.snider@stoel.com>
**Cc:** DeHaan Brian <Brian.A.Dehaan@doj.oregon.gov>; Julie Goldsmith Reiser <jreiser@cohenmilstein.com>; Christopher Bateman <CBateman@cohenmilstein.com>; Jen Wagner <jwagner@kellerrohrback.com>; Yoona Park <YPark@KellerRohrback.com>; Kilcup, James A. <james.kilcup@stoel.com>
**Subject:** RE: State of Oregon v. Coinbase - Acceptance of Service

Hi Tim,

Thank you for your response. We agree that, with the agreed-upon extension and calculated from service today, Defendants' response to the Complaint will be due August 1, 2025.

Keil

------
Keil Mueller
Keller Rohrback L.L.P.
(971) 253-4604 (direct)
kmueller@kellerrohrback.com
krcomplexlit.com

CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

**From:** Snider, Timothy <timothy.snider@stoel.com>
**Sent:** Thursday, May 1, 2025 8:53 AM
**To:** Keil M. Mueller <kmueller@kellerrohrback.com>
**Cc:** DeHaan Brian <Brian.A.Dehaan@doj.oregon.gov>; Julie Goldsmith Reiser <jreiser@cohenmilstein.com>; Christopher Bateman <CBateman@cohenmilstein.com>; Jen Wagner <jwagner@kellerrohrback.com>; Yoona Park <YPark@KellerRohrback.com>; Kilcup, James A. <james.kilcup@stoel.com>
**Subject:** RE: State of Oregon v. Coinbase - Acceptance of Service

Hi Keil-

Thank you for sending over the Acceptance of Service. It is acceptable and I will sign and return it today. In addition, thank you for agreeing to a 60-day extension to the deadline for a response to the Complaint. Per our email exchange, we agree that this extension to the response deadline does not affect any deadline for removal. Absent or after such removal, we calculate from service today that a response to the Complaint would be due August 1, 2025.

Thanks again for your professional courtesy.

Tim

**Timothy Snider** | Partner
**STOEL RIVES LLP** | 760 SW Ninth Ave, Suite 3000 | Portland, OR 97205
Direct: (503) 294-9557 | Mobile: (503) 502-0578
timothy.snider@stoel.com | Bio | vCard | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

**From:** Keil M. Mueller <kmueller@kellerrohrback.com>
**Sent:** Friday, April 25, 2025 2:55 PM
**To:** Snider, Timothy <timothy.snider@stoel.com>
**Cc:** DeHaan Brian <Brian.A.Dehaan@doj.oregon.gov>; Julie Goldsmith Reiser <jreiser@cohenmilstein.com>; Christopher

3

Bateman <CBateman@cohenmilstein.com>; Jen Wagner <jwagner@kellerrohrback.com>; Yoona Park <YPark@KellerRohrback.com>; Kilcup, James A. <james.kilcup@stoel.com>
**Subject:** RE: State of Oregon v. Coinbase - Acceptance of Service

Hi Tim,

We have prepared the attached form of acceptance of service. If this form is agreeable to you and your clients, please sign and return so that we may file it with the Court.

The State will agree to a 60-day extension of the time for Defendants to file their response to the State's complaint if Defendants accept service by the end of next week. We generally will accommodate reasonable requests for extensions whenever possible on the understanding that you will extend the same courtesy to us.

In an abundance of caution and to avoid any doubt, I note that the State's agreement to extend Defendants' response deadline does not extend the time to file a notice of removal.

Best.

Keil

------
Keil Mueller
Keller Rohrback L.L.P.
(971) 253-4604 (direct)
kmueller@kellerrohrback.com
krcomplexlit.com

CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.

---

**From:** Snider, Timothy <timothy.snider@stoel.com>
**Sent:** Thursday, April 24, 2025 12:53 PM
**To:** Keil M. Mueller <kmueller@kellerrohrback.com>
**Cc:** DeHaan Brian <Brian.A.Dehaan@doj.oregon.gov>; Julie Goldsmith Reiser <jreiser@cohenmilstein.com>; Christopher Bateman <CBateman@cohenmilstein.com>; Jen Wagner <jwagner@kellerrohrback.com>; Yoona Park <YPark@KellerRohrback.com>; Kilcup, James A. <james.kilcup@stoel.com>
**Subject:** RE: State of Oregon v. Coinbase - Acceptance of Service

Hi Keil-

Thanks for sending this over. Can you send us a form of acceptance of service to review?

Separately, we will need an extension to respond to the Complaint, and would propose an additional 60 days from when a response would otherwise be due. Please let me know if that is acceptable to the State.

Thanks.

Tim

**Timothy Snider** | Partner
**STOEL RIVES LLP** | 760 SW Ninth Ave, Suite 3000 | Portland, OR 97205
Direct: (503) 294-9557 | Mobile: (503) 502-0578
timothy.snider@stoel.com | Bio | vCard | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.

---

**From:** Keil M. Mueller <kmueller@kellerrohrback.com>
**Sent:** Wednesday, April 23, 2025 11:38 AM
**To:** Snider, Timothy <timothy.snider@stoel.com>
**Cc:** DeHaan Brian <Brian.A.Dehaan@doj.oregon.gov>; Julie Goldsmith Reiser <jreiser@cohenmilstein.com>; Christopher Bateman <CBateman@cohenmilstein.com>; Jen Wagner <jwagner@kellerrohrback.com>; Yoona Park <YPark@KellerRohrback.com>; Kilcup, James A. <james.kilcup@stoel.com>
**Subject:** State of Oregon v. Coinbase - Acceptance of Service

Tim,

Attached are file-stamped copies of the complaint filed on behalf of the State against Coinbase on Friday and the summons to Coinbase, Inc. and Coinbase Global, Inc.

Please let us know at your earliest convenience whether you are able to accept service on behalf of Defendants.

Best regards.

Keil

------
Keil Mueller
Keller Rohrback L.L.P.
(971) 253-4604 (direct)
kmueller@kellerrohrback.com
krcomplexlit.com

CONFIDENTIALITY NOTE: This e-mail contains information belonging to the law firm of Keller Rohrback L.L.P., which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.