Keil M. Mueller, OSB No. 085535
Jennifer S. Wagner, OSB No. 024470
Yoona Park, OSB No. 077095
Norjmoo Battulga, OSB No. 242037
KELLER ROHRBACK L.L.P.
601 S.W. Second Avenue, Suite 1900
Portland, OR 97204
Tel. (971) 253-4600 Fax (206) 623-3384
kmueller@kellerrohrback.com
jwagner@kellerrohrback.com
ypark@kellerrohrback.com
nbattulga@kellerrohrback.com

*Special Assistant Attorneys General for Plaintiff*
[Additional Counsel listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

DIVISION PORTLAND

| | |
|---|---|
| THE STATE OF OREGON, EX REL. DAN RAYFIELD, ATTORNEY GENERAL FOR THE STATE OF OREGON,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br><br>Defendants. | No. 3:25-cv-00952-JR<br><br>**DECLARATION OF KEIL M. MUELLER IN SUPPORT OF PLAINTIFF THE STATE OF OREGON'S MOTION TO REMAND** |

I, Keil M. Mueller, declare that:

1.  I am a partner with the law firm of Keller Rohrback L.L.P. and am one of the attorneys for Plaintiff the State of Oregon in the above-captioned matter. This declaration is based on my personal knowledge or public records available to me and if called to testify to the following facts, I could and would competently do so. I submit this declaration and the following exhibits in further support of Plaintiff's Motion for Remand.

2.       Attached hereto as Exhibit A is a true and correct copy of a prime broker agreement between Mercurity Fintech Technology Holding Inc. ("Mercurity") and Coinbase, Inc., including the exhibits and attachments thereto. Mercurity filed this agreement with the United States Securities and Exchange Commission ("SEC") as Exhibit 99.1 to its Form F-1/A, filed on November 14, 2023. *See*

https://www.sec.gov/Archives/edgar/data/1527762/000149315223040693/0001493152-23-040693-index.html (last visited July 1, 2025). The agreement is publicly available on the SEC's website at https://www.sec.gov/Archives/edgar/data/1527762/000149315223040693/ex99-1.htm (last visited July 1, 2025).

3.       Attached hereto as Exhibit B is a true and correct copy of a prime broker agreement between 21Shares US LLC on behalf of ARK 21Shares Bitcoin ETF ("21Shares"), and Coinbase, Inc., including the exhibits thereto. 21Shares filed this agreement with the SEC as Exhibit 10.4 to its Form S-1/A, filed on December 28, 2023. *See*

https://www.sec.gov/Archives/edgar/data/1869699/000119312523305204/0001193125-23-305204-index.html (last visited July 1, 2025). The agreement is publicly available on the SEC's website at

https://www.sec.gov/Archives/edgar/data/1869699/000119312523305204/d549524dex104.htm (last visited July 1, 2025).

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 2nd day of July 2025, at Portland, Oregon.

                                                 *s/ Keil M. Mueller*
                                                  Keil M. Mueller