Raymond Garcia (OSB No. 222008)
STEPTOE L.L.P.
2029 Century Park East, Suite 980
Los Angeles, CA 90067
Tel. (213) 439 9484
rgarcia@steptoe.com

      Attorney on Behalf of Amicus Curiae the Blockchain Association

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND (3) DIVISION

| | |
|---|---|
| THE STATE OF OREGON, EX REL. DAN RAYFIELD, ATTORNEY GENERAL FOR THE STATE OF OREGON,<br>      Plaintiff,<br>  v.<br>COINBASE, INC. AND COINBASE GLOBAL, INC.,<br>      Defendants. | No. 3:25-cv-00952-JR<br><br>**NOTICE OF APPEARANCE ON BEHALF OF AMICUS CURIAE** |

    TO: CLERK AND ALL COUNSEL OF RECORD, NOTICE IS HEREBY GIVEN that Raymond Garcia, of the law firm Steptoe LLP, is appearing as counsel of record on behalf of Amicus Curiae the Blockchain Association in the above-referenced matter. It is requested that a copy of all further notices and pleadings be served upon the undersigned attorney:

    Raymond Garcia (OSB No. 222008)
    STEPTOE L.L.P.
    2029 Century Park East, Suite 980
    Los Angeles, CA 90067
    Email:  rgarcia@steptoe.com

Notice of Appearance on Behalf of Amicus Curiae   1

*Raymond A. Garcia*
Steptoe LLP
2029 Century Park East, Suite 980
Los Angeles, California 90067
Telephone: (213) 439-9484

Dated: July 10, 2025

STEPTOE LLP

/s/ Raymond Garcia
Raymond Garcia (OSB No. 222008)
STEPTOE L.L.P
2029 Century Park East, Suite 980
Los Angeles, CA 90067
Tel. (213) 439 9484
Email: rgarcia@steptoe.com

Attorneys on Behalf of Amicus Curiae
*Blockchain Association*

Michelle Kallen (*pro hac vice* forthcoming)
STEPTOE L.L.P.
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429 6415
Email: mkallen@steptoe.com

Coy Garrison (*pro hac vice* forthcoming)
STEPTOE L.L.P.
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429 8164
Email: cgarrison@steptoe.com

Alexandra Scheibe (*pro hac vice* forthcoming)
STEPTOE L.L.P.
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 508 8847
Email: ascheibe@steptoe.com

Evelyn Hudson (*pro hac vice* forthcoming)
STEPTOE L.L.P.
717 Texas Avenue, Suite 2800
Houston, TX 77002
Tel: (713) 221 2304
Email: ehudson@steptoe.com

Peyton Thomas (*pro hac vice* forthcoming)
STEPTOE L.L.P.
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429 3773
Email: pthomas@steptoe.com

Notice of Appearance on Behalf of Amicus Curiae   2