BRIAN A. DE HAAN, OSB No. 155251
brian.a.dehaan@doj.oregon.gov
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: 971.673.1880

KEIL M. MUELLER, OSB No. 085535
kmueller@kellerrohrback.com
JENNIFER S. WAGNER, OSB No. 024470
jwagner@kellerrohrback.com
YOONA PARK, OSB No. 077095
ypark@kellerrohrback.com
NORJMOO BATTULGA, OSB No. 242037
nbattulga@kellerrohrback.com
KELLER ROHRBACK L.L.P.
601 S.W. Second Avenue, Suite 1900
Portland, OR 97204
Telephone: 971.253.4600

*Attorneys for Plaintiff*
[Additional Counsel listed on Signature Page]

TIMOTHY W. SNIDER, OSB No. 034577
timothy.snider@stoel.com
JAMES A. KILCUP, OSB No. 173891
james.kilcup@stoel.com
KATE S. SHEPHERD, OSB No. 224891
kate.shepherd@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

KEVIN S. SCHWARTZ, appearing *pro hac vice*
kschwartz@wlrk.com
NOAH B. YAVITZ, appearing *pro hac vice*
nbyavitz@wlrk.com
ADAM M. GOGOLAK, appearing *pro hac vice*
amgogolak@wlrk.com
SIJIN CHOI, appearing *pro hac vice*
schoi@wlrk.com
JULIA M. BRUCE, appearing *pro hac vice*
jmbruce@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: 212.403.1000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| THE STATE OF OREGON, ex rel, DAN RAYFIELD, Attorney General for the STATE OF OREGON,<br><br>    Plaintiff,<br><br>v.<br><br>COINBASE, INC. and COINBASE GLOBAL, INC.,<br><br>    Defendants. | Case No.: 3:25-cv-00952-JR<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS** |

Plaintiff the State of Oregon ("Plaintiff") and Defendants Coinbase, Inc. and Coinbase Global, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed this action on April 18, 2025 in the Circuit Court of the State of Oregon for the County of Multnomah;

WHEREAS, Defendants removed this action to federal court on June 2, 2025;

WHEREAS, following full briefing on Plaintiff's Motion to Remand, Magistrate Judge Jolie A. Russo issued her Findings & Recommendation on September 12, 2025;

WHEREAS, Defendants filed Objections to the Findings and Recommendation on September 26, 2025, and Plaintiff responded to Defendants' Objections to the Findings and Recommendation on October 10, 2025;

WHEREAS, the Parties having conferred and concluded that temporarily pausing these proceedings would best conserve judicial and State resources, agreed to a three-month stay of all proceedings;

WHEREAS, the Parties agree that the requested stay would not result in prejudice or hardship to any Party and that such a stay would promote judicial economy and the orderly course of justice;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that all proceedings in this matter are hereby stayed for three months from the entry of the Court's order. This stay may be extended by mutual agreement of the Parties for an additional three months. If the stay is extended, the Parties shall file a joint letter within seven days of the expiration of the initial three-month stay period, notifying the Court of the extension.

DATED: December 15, 2025

*/s/ Brian A De Haan*
BRIAN A. DE HAAN, OSB No. 155251
brian.a.dehaan@doj.oregon.gov
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: 971.673.1880

KEIL M. MUELLER, OSB No. 085535
kmueller@kellerrohrback.com
JENNIFER S. WAGNER, OSB No. 024470
jwagner@kellerrohrback.com
YOONA PARK, OSB No. 077095
ypark@kellerrohrback.com
NORJMOO BATTULGA, OSB No. 242037
nbattulga@kellerrohrback.com
KELLER ROHRBACK L.L.P.
601 S.W. Second Avenue, Suite 1900
Portland, OR 97204
Telephone: 971.253.4600

JULIE G. REISER, appearing *pro hac vice*
jreiser@cohenmilstein.com
MARGARET (EMMY) WYDMAN, appearing *pro hac vice*
ewydman@cohenmilstein.com
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
Telephone: 202.408.4600

CHRISTOPHER J. BATEMAN, appearing *pro hac vice*
cbateman@cohenmilstein.com
COHEN MILSTEIN SELLERS
& TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Telephone: 212.838.7797

*Attorneys for Plaintiff*

STOEL RIVES LLP


  /s/ Timothy W. Snider
TIMOTHY W. SNIDER, OSB No. 034577
timothy.snider@stoel.com
JAMES A. KILCUP, OSB No. 173891
james.kilcup@stoel.com
KATE S. SHEPHERD, OSB No. 224891
kate.shepherd@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

AND

KEVIN S. SCHWARTZ, appearing *pro hac vice*
kschwartz@wlrk.com
NOAH B. YAVITZ, appearing *pro hac vice*
nbyavitz@wlrk.com
ADAM M. GOGOLAK, appearing *pro hac vice*
amgogolak@wlrk.com
SIJIN CHOI, appearing *pro hac vice*
schoi@wlrk.com
JULIA M. BRUCE, appearing *pro hac vice*
jmbruce@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: 212.403.1000

*Attorneys for Defendants*


IT IS SO ORDERED.


Dated:_____          _____
                                                                  Judge Karin J. Immergut