TIMOTHY W. SNIDER, OSB No. 034577
timothy.snider@stoel.com
KATE S. SHEPHERD, OSB No. 224891
kate.shepherd@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

KEVIN S. SCHWARTZ, appearing *pro hac vice*
kschwartz@wlrk.com
ADAM M. GOGOLAK, appearing *pro hac vice*
amgogolak@wlrk.com
SIJIN CHOI, appearing *pro hac vice*
schoi@wlrk.com
JULIA M. BRUCE, appearing *pro hac vice*
jmbruce@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone:  212.403.1000

*Attorneys for Defendants Coinbase, Inc. and Coinbase Global, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THE STATE OF OREGON, ex rel, DAN RAYFIELD, Attorney General for the STATE OF OREGON,<br><br>Plaintiff,<br><br>v.<br><br>COINBASE, INC., and COINBASE GLOBAL, INC.,<br><br>Defendants. | Case No.:  3:25-cv-00952-JR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that James A. Kilcup of Stoel Rives LLP, and Noah B. Yavitz of Wachtell, Lipton, Rosen & Katz, hereby withdraw as counsel for Defendants Coinbase, Inc. and Coinbase Global, Inc in the above-entitled proceeding. Attorneys Timothy W. Snider and Kate S. Shepherd of Stoel Rives LLP, and Kevin S. Schwartz, Adam M. Gogolak, Sijin Choi, and Julia M. Bruce of Wachtell, Lipton, Rosen & Katz, whose appearances have already been entered, will continue as counsel of record for Defendants in this case.

DATED: January 20, 2026            STOEL RIVES LLP

*s/ Timothy W. Snider*
TIMOTHY W. SNIDER, OSB No. 034577
timothy.snider@stoel.com
KATE S. SHEPHERD, OSB No. 224891
kate.shepherd@stoel.com

AND

KEVIN S. SCHWARTZ, *pro hac vice* forthcoming
kschwartz@wlrk.com
ADAM M. GOGOLAK, *pro hac vice* forthcoming
amgogolak@wlrk.com
SIJIN CHOI, *pro hac vice* forthcoming
schoi@wlrk.com
JULIA M. BRUCE, *pro hac vice* forthcoming
jmbruce@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019

*Attorneys for Defendants Coinbase, Inc., and Coinbase Global, Inc.*