TIMOTHY W. SNIDER, OSB No. 034577
timothy.snider@stoel.com
KATE S. SHEPHERD, OSB No. 224891
kate.shepherd@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380

KEVIN S. SCHWARTZ, appearing *pro hac vice*
kschwartz@wlrk.com
ADAM M. GOGOLAK, appearing *pro hac vice*
amgogolak@wlrk.com
SIJIN CHOI, appearing *pro hac vice*
schoi@wlrk.com
JULIA M. BRUCE, appearing *pro hac vice*
jmbruce@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019
Telephone:  212.403.1000

*Attorneys for Defendants Coinbase, Inc. and
Coinbase Global, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| THE STATE OF OREGON, ex rel, DAN RAYFIELD, Attorney General for the STATE OF OREGON, | Case No.:  3:25-cv-00952-JR |
| Plaintiff, | **AMENDED JOINT STATUS REPORT & MOTION TO EXTEND STAY** |
| v. | |
| COINBASE, INC., and COINBASE GLOBAL, INC., | |
| Defendants. | |

Page 1 – AMENDED JOINT STATUS REPORT AND MOTION TO EXTEND STAY
152304486.1 0083877-00001

**L.R. 7-1(a) CERTIFICATION**

Pursuant to L.R. 7-1(a), Plaintiff the State of Oregon ("Plaintiff") and Defendants Coinbase, Inc. and Coinbase Global, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, have conferred, and submit the following Joint Status Report and Motion to Extend Stay.

**JOINT STATUS REPORT AND MOTION TO EXTEND STAY**

On April 18, 2025, Plaintiff filed this action in the Circuit Court of the State of Oregon for the County of Multnomah, alleging that Defendants sold and facilitated the sale of certain unregistered securities in violation of the Oregon Securities Law.  Defendants removed the case to this Court on June 2, 2025.  (Dkt. No. 1.)  On July 2, 2025, Plaintiff moved to remand the case to state court.  (Dkt. No. 19.)  On September 12, 2025, the Court issued Findings and Recommendations on the motion to remand, recommending it be granted.  (Dkt. No. 46, the "F&R.")  Defendants filed objections to the F&R, and Plaintiff responded.  (Dkt. Nos. 48 & 49.)

While Defendants' objections to the F&R were pending, the Parties stipulated to stay the case for three months on December 15, 2025.  (Dkt. No. 50.)  The Court granted the stipulation and ordered the Parties to file a Joint Status Report by March 16, 2026, and a formal motion for extension of the stay if an extension were needed.  (Dkt. No. 51.)

The Parties now jointly move to extend the stay. The parties agree that good cause exists to continue the stay, and that an additional temporary pause in these proceedings will best conserve judicial and State resources and will promote judicial economy and the orderly course of justice. For these reasons, the Parties jointly move to extend the stay for an additional three months until June 16, 2026.

DATED:  March 16, 2026

STOEL RIVES LLP                                    OREGON DEPARTMENT OF JUSTICE


*/s/ Timothy Snider*                               */s/ Brian De Haan*
TIMOTHY W. SNIDER, OSB NO. 034577      BRIAN A. DE HAAN, OSB No. 155251
timothy.snider@stoelcom                            brian.a.dehaan@doj.oregon.gov
KATE S. SHEPHERD, OSB No. 224891        Senior Assistant Attorney General
kate.shepherd@stoel.com                            100 SW Market Street
760 SW Ninth Avenue, Suite 3000               Portland, OR 97201
Portland, OR 97205                                  Telephone: 971.673.1880
Telephone: 503.224.3380

AND

KEVIN S. SCHWARTZ, *pro hac vice*
forthcoming
kschwartz@wlrk.com
ADAM M. GOGOLAK, *pro hac vice*
forthcoming
amgogolak@wlrk.com
SIJIN CHOI, *pro hac vice* forthcoming
schoi@wlrk.com
JULIA M. BRUCE, *pro hac vice*
forthcoming
jmbruce@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019

*Attorneys for Defendants Coinbase, Inc., and Coinbase Global, Inc.*

KEIL M. MUELLER, OSB No. 085535
kmueller@kellerrohrback.com
JENNIFER S. WAGNER, OSB No. 024470
jwagner@kellerrohrback.com
YOONA PARK, OSB No. 077095
ypark@kellerrohrback.com
NORJMOO BATTULGA, OSB No. 242037
nbattulga@kellerrohrback.com
KELLER ROHRBACK L.L.P.
601 S.W. Second Avenue, Suite 1900
Portland, OR 97204
Telephone: 971.253.4600

JULIE G. REISER, appearing pro hac vice
jreiser@cohenmilstein.com
MARGARET (EMMY) WYDMAN, appearing
pro hac vice
ewydman@cohenmilstein.com
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
Telephone: 202.408.4600

CHRISTOPHER J. BATEMAN, appearing pro
hac vice
cbateman@cohenmilstein.com
COHEN MILSTEIN SELLERS
& TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Telephone: 212.838.7797

*Attorneys for Plaintiff*