TIMOTHY W. SNIDER, OSB No. 034577
timothy.snider@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

KEVIN S. SCHWARTZ, appearing *pro hac vice*
kschwartz@wlrk.com
SIJIN CHOI, appearing *pro hac vice*
schoi@wlrk.com
JULIA M. BRUCE, appearing *pro hac vice*
jmbruce@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone: 212.403.1000

*Attorneys for Defendants Coinbase, Inc. and Coinbase Global, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

THE STATE OF OREGON, ex rel, DAN RAYFIELD, Attorney General for the STATE OF OREGON,

Plaintiff,

v.

COINBASE, INC., and COINBASE GLOBAL, INC.,

Defendants.

Case No.: 3:25-cv-00952-JR

**JOINT STATUS REPORT & MOTION TO EXTEND STAY**

## L.R. 7-1(a) CERTIFICATION

Pursuant to L.R. 7-1(a), Plaintiff the State of Oregon ("Plaintiff") and Defendants Coinbase, Inc. and Coinbase Global, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, have conferred, and submit the following Joint Status Report and Motion to Extend Stay.

## JOINT STATUS REPORT AND MOTION TO EXTEND STAY

On April 18, 2025, Plaintiff filed this action in the Circuit Court of the State of Oregon for the County of Multnomah, alleging, among other things, that digital assets traded on Defendants' platform are securities under the Oregon Securities Law. Defendants removed the case to this Court on June 2, 2025. (Dkt. No. 1.) On July 2, 2025, Plaintiff moved to remand the case to state court. (Dkt. No. 19.) On September 12, 2025, the Court issued Findings and Recommendations on the motion to remand, recommending it be granted. (Dkt. No. 46, the "F&R.") Defendants filed objections to the F&R, and Plaintiff responded. (Dkt. Nos. 48 & 49.)

While Defendants' objections to the F&R were pending, the Parties stipulated to stay the case for three months on December 15, 2025. (Dkt. No. 50.) The Court granted the stipulation and ordered the Parties to file a Joint Status Report by March 16, 2026, and a formal motion for extension of the stay if an extension were needed. (Dkt. No. 51.)

On March 16, 2026, the Parties filed a second joint motion to stay the case for three months until June 16, 2026. (Dkt. No. 56.) The Court granted the motion, and ordered the Parties to file a Joint Status Report by June 16, 2026, and a formal motion to stay in the event the Parties sought to extend the stay. As ordered by the Court, on June 16, 2026, the Parties filed a joint motion to stay the case for three more months until September 16, 2026. (Dkt. No. 60.)

That same day, Court again granted the Motion and ordered the Parties file a joint motion by September 16, 2026, if the stay needed to be extended. (Dkt. No. 61.)

The Parties now jointly move to extend the stay for six months until March 16, 2027. Good cause exists to continue the stay. Proposed federal legislation known as the Digital Asset Market Clarity Act of 2025 (the "Clarity Act") remains pending in Congress. In its current form, the draft Clarity Act states that it "provide[s] for a system of regulation of the offer and sale of digital commodities by the Securities Exchange Commission and the Commodity Futures Trading Commission" and contains provisions that may preempt the application of certain state laws to certain digital assets.

In the interest of judicial economy and to minimize the expenditure of unnecessary litigation resources, the Parties jointly move to extend the stay for six months until March 16, 2027, to afford time for Congress to further consider the proposed legislation.

DATED: September 16, 2026.

STOEL RIVES LLP

*/s/ Timothy W. Snider*
TIMOTHY W. SNIDER, OSB No. 034577
timothy.snider@stoel.com
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

OREGON DEPARTMENT OF JUSTICE

*/s/ Joseph Platt*
JOSEPH PLATT, OSB No. 262461
joseph.platt@doj.oregon.gov
Senior Assistant Attorney General
100 SW Market Street
Portland, OR 97201
Telephone: 971.673.1880

AND

KEVIN S. SCHWARTZ, appearing *pro hac vice*
kschwartz@wlrk.com
SIJIN CHOI, appearing *pro hac vice*
schoi@wlrk.com
JULIA M. BRUCE, appearing *pro hac vice*
jmbruce@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019

*Attorneys for Defendants Coinbase, Inc., and Coinbase Global, Inc.*

KEIL M. MUELLER, OSB No. 085535
kmueller@kellerrohrback.com
JENNIFER S. WAGNER, OSB No. 024470
jwagner@kellerrohrback.com
YOONA PARK, OSB No. 077095
ypark@kellerrohrback.com
NORJMOO BATTULGA, OSB No. 242037
nbattulga@kellerrohrback.com
KELLER ROHRBACK L.L.P.
601 S.W. Second Avenue, Suite 1900
Portland, OR 97204
Telephone: 971.253.4600

JULIE G. REISER, appearing *pro hac vice*
jreiser@cohenmilstein.com
MARGARET (EMMY) WYDMAN, appearing *pro hac vice*
ewydman@cohenmilstein.com
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Avenue, N.W., Suite 800
Washington, D.C. 20005
Telephone: 202.408.4600

CHRISTOPHER J. BATEMAN, appearing *pro hac vice*
cbateman@cohenmilstein.com
COHEN MILSTEIN SELLERS
& TOLL PLLC
88 Pine St., 14th Floor
New York, NY 10005
Telephone: 212.838.7797

*Attorneys for Plaintiff*